PROB 12C
(7/93)

Report Date: December 14, 2015

# United States District Court

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2015

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Tommie Joe Flett | Case Number: 0980 2:12CR00132-FVS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇  Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: August 5, 2013 | |
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3); Domestic Assault by a Habitual Offender, 18 U.S.C. § 117(a); |
| Original Sentence: Prison - 34 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Rudy J. Verschoor | Date Supervision Commenced: December 9, 2015 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: December 8, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: Mr. Flett commenced his 180-day public law placement at the Spokane RRC on December 9, 2015. He was unsuccessfully discharged from the Spokane Residential Re-Entry Center on Saturday, December 12, 2015, after being placed on absconder status at the facility. The offender's whereabouts are unknown at this time. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Flett, Tommie Joe**
**December 14, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

December 14, 2015
Date