PROB 12C
(6/16)

Report Date: November 9, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tommie Joe Flett                              Case Number: 0980 2:12CR00132-SMJ-1

Address of Offender: ▌                                          Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 5, 2013

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(3); Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 1153(a) and 113(a)(6); Domestic Assault by a Habitual Offender, 18 U.S.C. § 117(a) |
| Original Sentence: | Prison - 34 months<br>TSR - 36 months          Type of Supervision: Supervised Release |
| Revocation Sentence March 22, 2016: | Prison - 9 months<br>TSR- 27 months |
| Asst. U.S. Attorney: | Rudolf J.Verschoor          Date Supervision Commenced: October 12, 2016 |
| Defense Attorney: | Federal Defenders          Date Supervision Expires: January 11, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 5, 2016, the offender provided a urinalysis sample which returned a lab positive result for amphetamines, and was additionally lab confirmed dilute. |
| 2 | **Special Condition # 22**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer.  You shall abide by the rules and requirements of the facility. |

Prob12C
**Re: Flett, Tommie Joe**
**November 9, 2016**
**Page 2**

**Supporting Evidence**: On November 9, 2016, the undersigned was contacted by the Spokane Residential Re-Entry Center and was advised that the offender would by discharged due to the offender submitting a urinalysis sample which returned a lab positive result for amphetamines, and was additionally lab confirmed dilute.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 9, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/09/2016
Date